## SARAH PARKER, ADMINISTRATRIX OF THE ESTATE OF SAMUEL S. PARKER, DECEASED, *versus* LUTHER PARKER

JOURNAL ENTRIES (1821): *Journal 3:* (1) Motion to quash writ granted *p. 174.

PAPERS IN FILE: (1) Precipe for capias; (2) capias and return.

*1821 Calendar*, MS p. 81. Recorded in *Book A*, MS pp. 67–69.

## UNITED STATES *versus* GEORGE DOUGHTS

JOURNAL ENTRIES (1821–23): *Journal 3:* (1) Prisoner ordered committed, counsel assigned *p. 176; (2) arraignment, plea, Leib prosecutor pro tem *p. 402; (3) jury trial, verdict, discharge *p. 402.

PAPERS IN FILE: (1) Indictment; (2) copy of indictment.